**Order entered April 19, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01262-CR

### ANTHONY PAZ TORRES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-76860-P**

## ORDER

The reporter's record was filed March 15, 2019.  Missing from the record are the State's Exhibit #112, a photograph, Exhibit # 125, a CD of a jail phone call, and Exhibit #170, a DVD of police in-car surveillance video.  We **ORDER** court reporter Laura Weed to file a supplemental reporter's record containing true and correct viewable or playable copies of the State's Exhibit #112, Exhibit # 125,  and Exhibit #170, within **FOURTEEN DAYS** of the date of this order.


/s/     BILL PEDERSEN, III
        JUSTICE